# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-00364-LJO-SKo |
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND GRANTING REQUEST FOR PERMISSION TO TRAVEL |
| v. | |
| DAVID PANYANOUVONG, | |
| Defendant. | (ECF No. 47) |

The Court has received and reviewed the Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. 3583(e)(1). ECF No. 47. The Court has received the objections of both the Assistant United States Attorney and the supervising Probation Officer from North Carolina, Asa Gravley.

In October 2013, the Defendant was sentenced to 60 months of custody to be followed by 48 months of supervised release. ECF No. 45. He began the supervised release on February 3, 2017, some 14 months ago. He has completed less than 30% of his supervised release. That, coupled with the facts that this was the Defendant's second federal conviction, was his second term of supervised release, and that his original supervised release was terminated early, results in this request being DENIED.

That said, the Court will grant his request to travel to Laos. The Defendant must purchase round-trip tickets with a return date of not more than 15 calendar days after the date of departure from the

1

United States. The ticket must be shown to the Probation Officer for verification of the return date before departure from the United States.

IT IS SO ORDERED.

Dated: **April 17, 2018**    /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE