BONAKDAR LAW FIRM

ROGER S. BONAKDAR #253920
2344 TULARE STREET, SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

ATTORNEY FOR DAVID PANYANOUVONG

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: **1:12-CR-00364-01-LJO** |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; GRANTING REQUEST TO TRAVEL ABROAD** |
| DAVID PANYANOUVONG, et al., | |
| Defendants. | Date: April 23, 2018<br>Time: 9:00 a.m.<br>Courtroom 4, 7th Floor |

THIS MATTER having come before the undersigned on the motion of Defendant, DAVID PANYANOUVONG, for an Order Terminating Supervised Release pursuant to 18 U.S.C. §3583(e).

IT IS HEREBY ORDERED that Defendant, DAVID PANYANOUVONG's request to terminate supervised release is hereby DENIED, without prejudice.

In the alternative to termination of release, Defendant sought leave to travel. IT IS HEREBY ORDERED that Defendant, DAVID PANYANOUVONG's request to travel is hereby GRANTED. Mr. Panyanouvong is GRANTED leave to travel outside of the United States, for a total period of 90 days outside the United States.

IT IS FURTHER ORDERED that Defendant PANYANOUVONG shall provide his probation officer his complete travel itinerary; and further is required to check-in with his probation officer every ten (10) days by phone.

IT IS FURTHER ORDERED THAT while traveling, PANYANOUVONG's terms of supervised release/restrictions are amended to require only telephonic check-ins with Probation. Upon PANYANOUVONG's return to the United States, PANYAONOUVONG's pre-travel terms and conditions of supervised release shall revert back to the conditions that applied before this Order.

IT IS SO ORDERED.

Dated: **May 7, 2018**            **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE