(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

ROGER S. BONAKDAR #253920
2344 TULARE STREET, SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

ATTORNEY FOR DAVID PANYANOUVONG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PANYANOUVONG, et al., | Case No.: **1:12-CR-00364-01-LJO**<br><br>**ORDER GRANTING REQUEST TO TRAVEL ABROAD AND FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant DAVID PANYANOUVONG has moved for early termination of his supervised release, or in the alternative, for leave to travel outside the United States. The government does not oppose the granting of early termination and the probation office takes no position but reports that defendant has been in compliance with the conditions of supervision and is on a low-risk supervision status. Good cause appearing, defendant's motion for early termination of supervision (Doc. No. 54) will be granted and his alternative motion for permission travel will be terminated as having been rendered moot by the order granting early termination of supervision.

IT IS SO ORDERED.

Dated:  **June 2, 2020**                    _Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE

---

1

ORDER GRANTING MOTION TO TERMINATION SUPERVISION & PERMISSION TO TRAVEL